890

No. 85–1915. CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA *v.* PONCE ET AL. C. A. 9th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–2031. UNITED STATES *v.* SCHWARTZ ET AL. C. A. 9th Cir. Motion of respondent Raymond F. Lane for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion and this petition.

No. 85–2071. OKLAHOMA *v.* POST. Ct. Crim. App. Okla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–315. RICKETTS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* GREENAWALT. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–2133. CROUNSE CORP. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL.; and
No. 86–134. SIMMONS *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of these petitions.

No. 86–5269. CADAVID *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 85–2168. FLEMING *v.* MOORE. Sup. Ct. Va. Motions of Philadelphia Inquirer et al. and National Association for the Advancement of Colored People for leave to file briefs as *amici curiae* granted. Certiorari denied.